U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

NOV 29 2006

CLERK, U.S. DISTRICT COURT
By _____
     Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JONI THOMPSON,<br>    Plaintiff,<br>v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of the Social Security<br>Administration,<br>    Defendant. | Civil Action No.<br>3:05-CV-534-K<br>ECF |

## ORDER

After making an independent review of the pleadings, files and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, I am of the opinion that the findings and conclusions of the Magistrate Judge are correct and they are adopted as the findings and conclusions of the Court.

IT IS, THEREFORE, ORDERED that the findings, conclusions, and recommendation of the United States Magistrate Judge are adopted.

SIGNED this 29th day of November, 2006.

ED KINKEADE
UNITED STATES DISTRICT JUDGE